STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 14-1223


HEATHER MILEY CLOUD

VERSUS

TOM SCHEDLER IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE
FOR THE STATE OF LOUISIANA, AND
BERT KEITH CAMPBELL


\*\*\*\*\*\*\*\*\*\*

ON THIS COURT'S OWN MOTION FOR CORRECTION OF OPINION

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 75137-A
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT

JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Elizabeth A. Pickett, John E. Conery, Judges.


AMENDED AND CORRECTED.


Joffre Wendel Fusilier
Attorney at Law
Post Office Box 528
Ville Platte, LA 70586
(337) 363-6661
COUNSEL FOR DEFENDANT/APPELLEE:
    Bert Keith Campbell

**Kenneth Ray Rush**
**Attorney at Law**
**Post Office Box 704**
**Oakdale, LA 71463**
**(318) 335-2759**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Bert Keith Campbell**

**Anne Elizabeth Watson**
**Dupre & Watson**
**232 N. Liberty St.**
**Opelousas, LA 70570**
**(337) 942-9790**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Heather Miley Cloud**

**Elbert Lee Guillory**
**Attorney at Law**
**633 E. Landry St.**
**Opelousas, LA 70570**
**(337) 942-6328**
**COUNSEL FOR PLAINTIFF APPELLANT:**
**Heather Miley Cloud**

**Stephen D. Hawkland**
**Attorney at Law**
**Post Office Box 94125**
**Baton Rouge, LA 70804**
**(225) 287-7475**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Secretary of State, State of La.**

**PICKETT, Judge.**

This court issued an opinion in this matter on November 21, 2014, and at the conclusion of the opinion, assessed costs for this matter against the appellees, the Secretary of State for the State of Louisiana and Bert Keith Campbell. However, the Secretary of State has objected to being assessed costs. Pursuant to La.R.S. 18: 1402(D), costs cannot be assessed against the Secretary of State in these election proceedings. While La.R.S. 18:1409(I) prohibits an application for new trial or rehearing in suits of this nature, this statute does permit this court, on its own motion, to amend its opinion to correct a legal error. Since the assessment of costs against the Secretary of State is specifically prohibited by statute, this portion of our opinion issued on November 21, 2014, was erroneous, and we hereby amend the opinion by reversing and setting aside the assessment of costs against the Secretary of State.

**AMENDED AND CORRECTED.**